JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mario Bolanos, ) | SACV 08-1163-JVS(RNBx) |
| ) | ORDER OF DISMISSAL UPON |
| Plaintiff, ) | SETTLEMENT OF CASE |
| ) | |
| v. ) | |
| ) | |
| Aurora Loan Services LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:     December 15, 2008

_____
James V. Selna
United States District Judge